IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| TIMOTHY STALLSWORTH, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | 2:11cv1086 |
| v. | ) ) | **Electronic Mail** |
| DR. S. JIN M.D., Medical Director, IRMA VIHLIDAL Health Care Administrator, MICHELLE LUCAS ANTANOVICH, P.A., JOHN MCANANY, Nurse Supervisor, LOUIS FOLINO, Superintendent, | ) ) ) ) ) ) ) | Judge David Stewart Cercone Magistrate Judge Maureen P. Kelly |
| Defendants. | ) | |

## **MEMORANDUM ORDER**

AND NOW, this  12th  day of July, 2012, after the Plaintiff, Timothy Stallsworth, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until June 28, 2012, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE as a result of Plaintiff's violation of four separate Court Orders resulting in his failure to timely

prosecute this action. The Clerk shall mark this case CLOSED.

*signature*

David Stewart Cercone
United States District Judge

cc:  Timothy Stallsworth
     HR2860
     SCI GREENE
     175 Progress Dr.
     Waynesburg, PA 15370

     *(Via First Class Mail)*

     J. Eric Barchiesi, Esquire
     Paul R. Scholle, Esquire

     *(Via CM/ECF Electronic Mail)*